**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAIRA V. ALVAREZ-GUATIBONZA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ADELANTO ICE PROCESS CENTER )<br>et al., )<br>)<br>Respondents. )<br>————————————————— ) | NO. 5:26-cv-02157-KS<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED and that relief is awarded as set forth in the Court's Memorandum Opinion and Order.

DATED: June 15, 2026

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE